UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM A. WHITE,

        Plaintiff,

v.                                Case No: 6:14-cv-936-JSS-RMN

DONALD ESLINGER, et al.,

        Defendants.

_____/

## ORDER

This cause is before the Court without argument on Plaintiff's Motion to Unseal Exhibits 1, 2, 3, 4, 5, and 97 of Defendants' Motion for Summary Judgment (Doc. 631), filed June 18, 2025. Defendants filed a response and oppose the relief requested. (Doc. 638.)

After careful consideration, the motion is denied. The parties shall continue to abide by the terms of their confidentiality agreement (Doc. 638-1), and the exhibits shall remain sealed, as ordered previously (Doc. 324).

**SO ORDERED** in Orlando, Florida, on July 10, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

William A. White, #13888-084
Cumberland Federal Correctional Institution
P.O. Box 1000
Cumberland, Maryland 21501

Counsel of Record